Waterworks v Gyre9 LLC Exhibit A.xls

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| GYRE9 LLC | 207852 | 2/5/2009 | $12,371.16 |
| | | | $12,371.16 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation